IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LENORA YOUNG, | § | |
| | § | No. 266, 2014 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for Kent County |
| | § | Cr. ID 1001019717 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: August 21, 2015
Decided: August 25, 2015

## **O R D E R**

This 25th day of August 2015, it appears to the Court that, on July 22, 2015, the Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for her failure to diligently prosecute the appeal by not filing her opening brief and appendix in this matter. The appellant failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that the appeal is hereby DISMISSED.

BY THE COURT:

/s/ Leo E. Strine, Jr.

Chief Justice